```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JUAN LOPEZ-MUNGIA
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00228 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO ADVANCE SENTENCING HEARING; AND ORDER THEREON |
| v. | ) ) | |
| JUAN LOPEZ-MUNGIA, | ) ) | Date:  September 29, 2008 |
| Defendant. | ) ) ) | Time:  9:00 a.m. Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for October 27, 2008, **may be advanced to September 29, 2008 at 9:00 a.m.**

///
///
///
///
///
///
///
///

The grounds for this request is that the Presentence Report is ready and the parties have no objections to the present report.

Defendant is ready to start serving his prison sentence as soon as possible.

        McGREGOR M. SCOTT
        United States Attorney

DATED: September    , 2008    By  /s/ Laurel J. Montoya
        LAUREL J. MONTOYA
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: September    , 2008    By  /s/ Douglas Beevers
        DOUGLAS BEEVERS
        Assistant Federal Defender
        Attorney for Defendant
        JUAN LOPEZ-MUNGIA

**ORDER**

**IT IS SO ORDERED**.  The sentencing hearing in the above-referenced matter for defendant, Juan Lopez-Mungia, now set for October 27, 2008, **is hereby advanced to September 29, 2008, at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:     September 26, 2008**        /s/ Oliver W. Wanger
        UNITED STATES DISTRICT JUDGE