# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUNGUIA JUAN LOPEZ,<br><br>Defendant. | Case No. 1:08-CR-000228-LJO-SKO-1<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br>(Docs. 68 & 69) |

On September 14, 2015, Defendant filed a document entitled "Motion to ask for the deduction of the two points from my Sentence, based on the Sentencing Commission's Amendment 782 and section 18 3582." Doc. 69. The Court construes this as a *pro se* motion to reduce sentence pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). *See id*. Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent Defendant in this matter. The FDO **SHALL** have 90 days from the filing date of this Order to file a supplement to Defendant's *pro se* Section 3582 Motion or to notify the Court that it does not intend to file a supplement to the motion. Thereafter, the government **SHALL** have 30 days from the date of the FDO's filing to file a response to Defendant's Section 3582 Motion.

The Court is also in receipt of Defendant's *pro se* request for counsel to assist Defendant in the filing of his Section 3582 Motion, filed August 31, 2015. *See* Doc. 68. As the FDO has been appointed in connection with the *pro se* Section 3582 Motion, the Clerk of Court is **DIRECTED** to administratively terminate Defendant's request for counsel (Doc. 68).

IT IS SO ORDERED.

Dated: **September 30, 2015**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE